AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:18-M -04418(1) |
|  | § |
| (1) Omar Antonio Flores-Flores | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2018** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Omar Antonio FLORES-Flores, an alien, entered, or was found in the United States at or near Brackettville, Texas, after having been denied admission, excluded, deported, or removed from the United States through El Paso, Texas on July 25, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**
.

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The defendant, Omar Antonio FLORES-Flores, was arrested by Border Patrol Agents, on May 14, 2018 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Robles, Reynaldo
BORDER PATROL AGENT

05/16/2018      at    DEL RIO, Texas
File Date                                                  City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                      Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.          Case Number: DR:18-M -04418(1)

(1) Omar Antonio Flores-Flores

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on July 25, 2012 through El Paso, Texas. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____       _____
Signature of Judicial Officer                 Signature of Complainant