# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America            **WARRANT FOR ARREST**

v.

(1) Omar Antonio Flores-Flores      Case Number: DR:18-M -04418(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Omar Antonio Flores-Flores
                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Omar Antonio FLORES-Flores, was arrested by Border Patrol Agents, on May 14, 2018 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on July 25, 2012 through El Paso, Texas. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**

VICTOR ROBERTO GARCIA            UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                   Title of Issuing Officer

*[signature]*

                                            May, 16, 2018 DEL RIO, Texas
Signature of Issuing Officer                 Date and Location

Bail Fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. |||
| Date Received<br>May 16, 2018 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>May 14, 2018 | Robles, Reynaldo<br>Border Patrol Agent | *[signature]* |